UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRT BIKE SAFETY TRAINING, LLC d/b/a DIRT FIRST WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOVENTURES, INC., et al.,<br><br>Defendants. | C19-1215 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 14, the deadline for defendants to file a responsive pleading or motion is EXTENDED to May 29, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of March, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1